No. 98–8629. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8702. SORIANO *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–8777. CHESTER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 98–8795. FULLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8799. CROMER *v.* SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8804. SOSA *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–8828. WATSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8840. GONZALEZ-ALMARAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8894. BARAJAS-CHAVEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8896. MANCILLAS-ZARATE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8907. PATTERSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–8929. BELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8972. GUTIERREZ *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 98–8973. GRIFFITH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–8981. ROMANELLI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.